AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:17-mj-00036-WGC |
| STEPHAN L. DEGRAFFENREID | ) | |
| | ) | |
| _Defendant_ | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>400 S. Virginia St.<br>Reno, NV 89501 | Courtroom No.:  2 |
|---|---|
| | Date and Time:  4/6/17 2:30 pm |

   **IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:     03/31/2017

_Judge's signature_

William G. Cobb, U.S. Magistrate Judge

_Printed name and title_

✓ FILED
_ ENTERED          __ RECEIVED
                   __ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 3 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY